**UNITED STATES of America,
Appellee,**

v.

**John A. GOTTI, Defendant–Appellant.**

**No. 05–6872–CR.**

United States Court of Appeals,
Second Circuit.

Feb. 9, 2006.

Marc Fernich, Law Office of Marc Fernich (Debra A. Karlstein, Law Office of Debra A. Karlstein, New York, NY, on the brief), New York, NY, for Appellant.

Michael G. McGovern, Assistant United States Attorney for the Southern District of New York (Peter G. Neiman, Assistant United States Attorney, Michael J. Garcia, United States Attorney, on the brief), New York, NY, for Appellee, of counsel.

PRESENT: Hon. JOHN M. WALKER, Jr., Chief Judge, Hon. PIERRE N. LEVAL, and Hon. SONIA SOTOMAYOR, Circuit Judges.

### SUMMARY ORDER

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the decision of the district court denying defendant's motion under Fed.R.Crim.P. 29(c) for entry of a judgment of acquittal on certain counts, be and it hereby is **AFFIRMED.** An opinion of this Court will follow.